In the Matter of the Will of H. KENNETH FILOR, Deceased. RALPH F. ALLISON et al., as Executors of H. KENNETH FILOR, Deceased, Appellants; ESTHER FILOR, Respondent.

Argued June 7, 1944; decided July 19. 1944.

*Herbert C. Smyth, Jr.,* for appellants.

*John E. Mack* for respondent.

Order affirmed, with costs to the respondent payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.